UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  – *against* –<br><br>THELONIOUS MONK,<br><br>       Defendant. | **ORDER**<br><br>10-cr-00197 (ER) |

R<small>AMOS</small>, D.J.:

  The government is directed to respond to Monk's motion for a sentence reduction (Doc. 620) by March 27, 2024.  Counsel for Monk is directed to file a reply by April 17, 2024.

  SO ORDERED.

Dated: March 6, 2024
     New York, New York

                       Edgardo Ramos, U.S.D.J.